IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, GREGORY L. EGLAND,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY L. EGLAND,<br><br>    Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 17-5244 DFM<br><br>ORDER AWARDING EAJA FEES<br><br>DOUGLAS F. MCCORMICK<br>UNITED STATES MAGISTRATE JUDGE |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND THREE HUNDRED DOLLARS ($3,300.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 5, 2018

                                                       _____
                                                       DOUGLAS F. MCCORMICK
                                                       UNITED STATES MAGISTRATE JUDGE